JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY YIUN,<br><br>          Plaintiff,<br><br>          v.<br><br>RB-CB LLC,<br><br>          Defendant. | Case No. CV 22-0254 FMO (PVCx)<br><br>**JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 19th day of April, 2022.

/s/
Fernando M. Olguin
United States District Judge